■ CHARLES BELOUS, Appellant, v. I. ROSKIN COMPANY, INC., et al., Respondents.— In an action to recover moneys allegedly due appellant under a contract of employment, the appeal is from a judgment dismissing the complaint on the merits. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.